**RECEIVED**
Sep 30 2008 Law
SEP 30 2008
SEP 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Keith Lavance Carr

_____

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

08CV5573
JUDGE ST. EVE
MAGISTRATE JUDGE MASON

I have 9 defendants; turn to next page please.

_____

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

CHECK ONE ONLY:

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

1. Defendants
The Elgin Police Department Individual officers.

1. Lisa, Womack Badge: 136 Chief of Police
2. Anthony, Rigano Badge: 312 Police officer
3. Daniel, Mcnanna Badge: 313 Police officer
4. Kathryn, Phillips Badge: 340 Police officer
5. Rick, Santiago Badge: 232 Police officer
6. Kenneth, Herman Badge: 132 Police officer
7. Jeff, Adam Badge: 199 LT, Police officer
8. Valerie, Oneal 911 Operator

2. Defendants Kane County Diagnostic Center staff psychologist.

1. Mark Kuzia staff psycholgist.

I. Plaintiff(s):

A. Name: Keith Lavance Carr

B. List all aliases: Keith L. Carr

C. Prisoner identification number: R65775

D. Place of present confinement: Dixon Correctional Center

E. Address: 2600 W. Brinton Ave, Dixon IL 61021

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Mark Kuzia
Title: Staff Psychologist
Place of Employment: 757 E. Fabyan Pkway. Batavia, IL 60510

B. Defendant: Lisa Womack Badge: 136
Title: Elgin Chief of Police
Place of Employment: EPD. 151 Douglas Elgin IL 60120

C. Defendant: Kenneth Herman Badge: 132
Title: Elgin Police officer
Place of Employment: EPD. 151 Douglas Elgin IL 60120

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

D. Defendant: Anthony, Rigano Badge: 312
Title: Elgin Police officer
Place of employment: EPD. 151 Douglas Elgin IL 60120

E. Defendant: Daniel, Mcnanna Badge: 343
Title: Elgin Police officer
Place of employment: EPD 151 Douglas Elgin IL 60120

F. Defendant: Kathryn, Phillips Badge: 340
Title: Elgin Police officer
Place of employment: EPD 151 Douglas Elgin IL 60120

G. Defendant: Ricki Santiago Badge 232
Title: Elgin Police officer
Place of employment: EPD 151 Douglas Elgin IL 60120

H. Defendant: Jeff, Adam Badge: 199
Title: Elgin LT, Police officer
Place of employment: EPD. 151 Douglas Elgin IL 60120

I. Defendant: Valerie, Oneal
Title: 911 operator
Place of employment: EPD. 151 Douglas Elgin IL 60120.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

  A. Name of case and docket number: _____N-A_____

  B. Approximate date of filing lawsuit: _____N-A_____

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____N-A_____

  D. List all defendants: _____N-A_____

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____N-A_____

  F. Name of judge to whom case was assigned: _____N-A_____

  G. Basic claim made: _____N-A_____

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____N-A_____

  I. Approximate date of disposition: _____N-A_____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Civil Complaintant against The Elgin Police Department Individual officers 1. Lisa, Womack Badge: 136 Chief of Police. 2. Anthony, Rigano Badge 312 Police officer 3. Daniel, Mcmanng Badge 343 Police officer 4. Kathryn, Phillips Badge 310 Police officer 5. Rick, Santiago Badge 232 Police officer 6. Kenneth, Hesman Badge 132 Police officer 7 Jeff, Adam Badge 199 LT of Elgin Police 8. Valerie, Oneal 911 operator. — I Mr. Keith Carr was wrongly arrested on March 8, 2007 by the Elgin Police Deparment officers due to my mental illness I have "episodes". I informed the Elgin Police Department of my mental illness through the 911 operator "Valerie, Oneal". I even give the name and phone number to the 911 operator " Valerie, Oneal" so she could contact my Sass case worker the information I gave to the

4 Revised 9/2007

Elgin Police Department was ignored. Due to my mental illness I was responding to command hallucinations, hear voices. I behave very hostile, and behave very abnormal without any input, influence or initative from myself. My actions are uncontrolable due to me being born with these mental illnesses. To the best of my knowledge my mental illnesses are Bipolar disoder, ADHD, depressed, Dual diagnosis, LD, BD, Schizoaffective disorder, Schizophrenia disorder. I should not been arrested due to me not being in control at any give time. The Elgin Police Department was aware of the condition of my mental illness. Due to me not being in cotrool of myself I will never need to be in prison. But I will always need the assistance mental healthcare givers, people that have special skills in helping others like me. My mental illnesses aren't my fault, and I was born this way, and I shouldn't be punished for something that out of my control. →

go to next pg.

I strongly believe the Elgin Police Department police reports have conflicting information also reports contain falsifed and fabricated information. From The Elgin Police Department Individual Officers as listed.

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like ~~[scribbled out]~~ $500,500,500.00

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ~~separated~~ day of 10 , 20 08

Keith Carr
(Signature of plaintiff or plaintiffs)

Keith Carr
(Print name)

R65775
(I.D. Number)

Dixon Correctional Center
2600 N. Brinton Ave
Dixon IL 61021
(Address)

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Civil complaintant against Mark Kuzia: On October, 24 2007 Mark Kuzia was called into Kane County Court by the defendant's Mr. Donald E. Lorke assistant public defender of Kane County as to a private referral for Mark Kuzia to go to the Kane County Jail and see Mr. Keith Carr in that Mark Kuzia was to determine whethe there was a fitness issue or a sanity issue, and ~~see~~ to see if Mark Kuzia could write up a psychological evaluation on Mr. Keith Carr for the use in court to facilitate a potential pled. Mark Kuzia was swear in by the court Judge, Sheldon, Mark Kuzia said he is employed by the "Kane County Diagnostic Center and he is a staff psycholgist and that he isn't a licensed staff psychologist." That with a "- reasonable degree of psychologica certainty Mark Kuzia belive Mr. Keith Carr is fit to -

turn to the next page.

4

strand trial". Mark Kuzia only seen Mr. Keith Carr when Mr. Keith Carr was very heavily forced medicated, Mark Kuzia never saw Mr. Keith Carr in other stages without being very heavily forced medicated. The Judge, Sheldon, nor did either lawyers Mr. Lorke assistant public defender of Kane County or Ms. Lovia assistant state's attorney of Kane County object to a narrative. Mark Kuzia, Judge, Sheldon Mr. Lorke assistan public defender of Kane County, Ms. Lovia assistant state's attorney of Kane county knew that Mr. Keith Carr have a very long mental-illness histray almost of ten year's also that Mr. Keith Carr had 15 to 20 prior inpatient treatments, also knew Mr. Keith Carr was taking a lot of - medication for being mental illness, also knew Mr. Carr was receiveing a Social Security Disabilty benfites and also knew Mr. Carr was being very heavily forced medicated, also knew Mr. Carr has been on all these differnt type of medication for being mental illness also, Mr. Carr on March 9, 2007 is a person who is mentally-ill and because of his illness is reasonable

turn to the next pg →

expected to inflict serious pysical harm on himself or another in the near futhere. Also Mr. Keith Carr was involuntary addmission and is in need of immediate hospitalization. Also all 4 partys listed over look Mr Keith Carr ~~being~~ being a person that's ~~~~ mentally ill have have diffrent types of illness.

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like if Mark Kuzia will not be allowed to work as a staff psychologist also he will not never get his licensed in the U.S.A also I would like ~~[scribbled out]~~ $500,500,500.00

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this seported day of 12, 20 08

_____
(Signature of plaintiff or plaintiffs)

Keith Carr
(Print name)

R65775
(I.D. Number)

Dixon correction center
2600 N. Brinton Ave.
Dixon IL 61021
(Address)

I. defendants: The Elgin Police Department Individual officers.

1. Chief of police Badge: 136 - Lisa, Womack
2. Elgin police officer, Badge: 132 Kenneth, Herman
3. Elgin police officer, Badge: 312 Anthony, Rigano
4. Elgin police officer, Badge: 343 Daniel, Mcnanna
5. Elgin Police officer, Badge: 340 Kathryn, Phillps
6. Elgin Police officer, Badge: 312 Rick, Santiago
7. Elgin LT, Police officer Badge: 199 Jeff, Adam
8. 911 operator Valerie, Oneal

II. defendants Kane county Diagnostic Center Staff psychologist.

1. Mark Kuzia  Staff psycholgist